IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN WAYNE LARISCY, III, *
and TOBY CHRISTIE LARISCY, *
 *
Plaintiffs, *
 *
v. * CV 615-024
 *
DAVID BURKE d/b/a D & J TRUCKING *
And NATIONAL INDEMNITY COMPANY, *
 *
Defendants. *
 *

O R D E R

Presently pending before the Court is the parties' Joint Motion to Remand. (Doc. 11.) On January 22, 2015, Plaintiffs filed this action against Defendants (Doc. 1-3) in the State Court of Screven County, Georgia. Thereafter, Defendant National Indemnity Company removed the action to this Court on the basis of federal question jurisdiction. (Doc. 1.) On March 17, 2015, Defendant National filed an Amended Notice of Removal (Doc. 7) noting the Notice of Removal erroneously stated that Defendant David Burke d/b/a/ D&J Trucking had consented to removal.

The parties have now mutually agreed to withdraw their pending motions in this case and consent to a remand to the State Court of Screven County, Georgia. Accordingly, it is hereby **ORDERED** that this action is **REMANDED** to the State Court of Screven County, Georgia. It is **FURTHER ORDERED** that this Order shall be served upon the Clerk of Court for the State Court of Screven County, Georgia. Finally, the Clerk is **DIRECTED** to **TERMINATE** all motions (docs. 6, 14, 15) and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of May, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA