# United States District Court
## Southern District of Georgia

JOHN WAYNE LARISCY, III,
and TOBY CHRISTIE LARISCY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV6:15-24

DAVID BURKE d/b/a D & J TRUCKING
And NATIONAL INDEMNITY COMPANY,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of May 18, 2015, this case is remanded to the

State Court of Screven County, Georgia. This civil action stands closed.

05/18/2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk